


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Wesley Adam SMITH. <br><br> Defendant, | Magistrate Case No. **21-MJ-2781** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- <br> Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about July 8, 2021 within the Southern District of California, Wesley Adam SMITH, defendant, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Armando MENDOZA-Marroquin and Jose REYNOSO-Isais had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo CBP Enforcement Officer
U.S. Customs & Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on July 8, 2021.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Armando MENDOZA-Marroquin and Jose REYNOSO-Isais are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and they should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 8, 2021 at approximately 12:38 A.M., Wesley Adam SMITH (Defendant) was waiting for his turn to apply for admission into the United States from Tijuana, Baja California, Mexico at the San Ysidro Port through the vehicle primary lanes. Defendant was the only visible occupant of a 2002 Dodge Caravan bearing California License plates, when a Customs & Border Protection (CBP) Canine Officer approached his vehicle. The CBP Canine Officer was conducting pre-primary roving operations with his service canine "Gun", who alerted to the vehicle being driven by the Defendant. The CBP Canine Officer asked for Defendant to turn off the vehicle to conduct an inspection. During a cursory inspection of the vehicle, the CBP Officer discovered a non-factory compartment made of metal, located in the mid-area of the undercarriage. The CBP Officer requested assistance from nearby officers. Defendant presented a copy of his driver's license and stated that he was traveling to Escondido, California after visiting his boyfriend. Defendant stated that his friend let him borrow the van he was driving. Defendant was taken into custody, escorted to secondary while a CBP Officer drove the vehicle in for further inspection.

In secondary, CBPO's confirmed that two persons were hiding inside the non-factory compartment. CBPO's had to remove the middle bench seat to gain access to the non-factory compartment that was covered by a trap door. Both persons were assisted out of the non-factory compartment and escorted to the security office for processing. Further investigation revealed the two individuals that were concealed inside the compartment are citizens of Mexico with no entitlements to enter the U.S. One male was identified as Armando MENDOZA-Marroquin and the other one was identified as Jose REYNOSO-Isais and are both now being held as Material Witnesses.

Defendant was advised of his Miranda Rights at 2:52 A.M. and elected to make a statement. Defendant stated that he did not have knowledge about the two concealed aliens in the vehicle. Defendant stated that he was traveling to Escondido, California because his grandmother had just passed. Defendant stated that the registered owner of the vehicle allowed him to borrow the van to travel to Escondido.

Material Witnesses stated they are citizens of Mexico by birth in Oaxaca and Colima, Mexico with no legal entitlements to enter the United States. Material Witnesses stated that smuggling arrangements were made for them by their families to be smuggled into the United Stated where they would pay sums between $16,000 and $18,000 U.S. dollars. Material Witnesses stated they were going to Los Angeles, California.

2